NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CAMERON WILLIAMS,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-1360
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed July 3, 2019.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Richard C. Reinhart, Bradenton, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.